**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Danielle Griffin, Robert Holmes, and John Doe,
Defendants,

Of whom Danielle Griffin is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-000805

―――――――――――

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

―――――――――――

Unpublished Opinion No. 2019-UP-376
Submitted November 8, 2019 – Filed December 4, 2019

―――――――――――

**AFFIRMED**

―――――――――――

Dustin Christian Davis, of Dustin C. Davis Attorney at Law, LLC, of Greenville, for Appellant.

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, as Guardian ad Litem for Appellant.

Amanda B. Stiles, of South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Danielle Griffin appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Griffin's counsel.

**AFFIRMED.**[1]

**SHORT, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.